UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JASON KULIGOWSKI,<br><br>               Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>               Defendant. | Case No. C18-5906JLR<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

The court GRANTS Plaintiff Jason Kuligowski's *in forma pauperis* application (Dkt. # 1), and ORDERS:

    (1)    The Clerk shall issue summonses to Mr. Kuligowski.

    (2)    Mr. Kuligowski is responsible for serving the complaint and summonses, and must file proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 4. As detailed in General Orders 04-15 and 05-15, Mr. Kuligowski may effectuate service electronically by sending a copy of the summonses

//

//

//

and complaint via email, along with Mr. Kuligowski's identifying information, to USAWAW.SSAClerk@usdoj.gov.

DATED this 7th day of November, 2018.

*[signature]*

JAMES L. ROBART
United States District Judge