# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JASON KULIGOWSKI,<br><br>                Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | Case No. C18-5906JLR<br><br>ORDER TO SHOW CAUSE |

On April 2, 2019, Defendant filed an "unopposed motion" to amend the briefing schedule on the grounds that Defendant required time to correct a defective portion of the administrative record. (Mot. (Dkt. # 13).) The court granted the motion under the belief that it was unopposed. (Order (Dkt. # 16).) However, after the court's order posted electronically, the court became aware that Plaintiff had filed a response to Defendant's unopposed motion. (Resp. (Dkt. # 15).) In his response, Plaintiff did not oppose Defendant's requested time extension, but Plaintiff asked the court to deny Defendant's implied request to supplement or amend the administrative record—which is the basis of Defendant's "unopposed motion." (*Id.* at 1.) In short, Plaintiff's response indicates that Defendant's motion to amend is, in fact, opposed even though Defendant represented the

ORDER TO SHOW CAUSE - 1

opposite to the court. (*See generally id.*)

Accordingly, the Court ORDERS the parties to show why the court should not vacate its order granting the extension. The parties' responses shall not exceed two pages and must be filed no later than April 12, 2019, at 5:00 p.m. In these responses, the parties must explain to the court why Defendant's motion was presented as unopposed when it appears that Plaintiff opposes it. The court notes that there is no pending motion to supplement or amend the administrative record and thus the parties' responses should not include any argument concerning this hypothetical future motion.

DATED this 8th day of April, 2019.

JAMES L. ROBART
United States District Judge