UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JASON D. KULIGOWSKI,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 3:18-CV-05906-JLR<br><br><br>[~~PROPOSED~~] ORDER FOR REMAND |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for supplemental security income under Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for a new hearing and a new decision by an administrative law judge (ALJ). On remand, the ALJ will hold a de novo hearing; reevaluate Plaintiff's alleged symptoms; as necessary, reassess the claimant's maximum residual functional capacity; and obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on the claimant's ability to perform other work in the national economy.

/ / /

/ / /

Page 1     [PROPOSED] ORDER FOR REMAND - [3:18-CV-05906-JLR]

Plaintiff may be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412, upon proper request to this Court.

It is SO ORDERD this 18th day of June, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ Jacob Phillips
JACOB PHILLIPS
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2274
Fax: (206) 615-2531
jacob.phillips@ssa.gov

Page 2   [PROPOSED] ORDER FOR REMAND - [3:18-CV-05906-JLR]